UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

STEVEN J. COLE,

    Plaintiff,

v.

CHRIS PREVETTE,

    Defendant.

_____/

Hon. Ellen S. Carmody

Case No. 1:18-cv-00296

## ORDER

This matter is before the Court on Plaintiff's Motion to Withdraw (ECF No. 20). Defendant has no objection to the matter being dismissed without prejudice (ECF No. 21). The court being fully advised in the premises, the motion (ECF No. 20) is granted and this matter is dismissed without prejudice.

    IT IS SO ORDERED.

Dated: December 13, 2018

    /s/ Ellen S. Carmody
    ELLEN S. CARMODY
    U.S. Magistrate Judge